*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 25, 2015                     519882
_____

In the Matter of ANDRE LEWIS,
                    Petitioner,

        v                                        MEMORANDUM AND JUDGMENT

NEW YORK STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION,
                    Respondent.
_____

Calendar Date:  May 5, 2015

Before:  Peters, P.J., Lahtinen, Rose and Lynch, JJ.

                    _____

        Andre Lewis, Woodbourne, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J.
Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this
Court by order of the Supreme Court, entered in Ulster County) to
review a determination of the Superintendent of Eastern
Correctional Facility which found petitioner guilty of violating
a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding
challenging a tier II disciplinary determination finding him
guilty of possessing gang-related material.  The Attorney General
has advised this Court that the determination at issue has been
administratively reversed, all references thereto have been
expunged from petitioner's institutional record, and the
mandatory surcharge has been refunded to petitioner's inmate
account.  As petitioner has received all of the relief to which
he is entitled, the matter is dismissed as moot (see Matter of

<u>Ramos v Department of Corr. & Community Supervision</u>, 123 AD3d 1215, 1216 [2014]).

Peters, P.J., Lahtinen, Rose and Lynch, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court